UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  17-61789-Civ-SCOLA

**DANIEL MONCADA**,

    Plaintiff,

vs.

**BOB EVANS RESTAURANTS, LLC**,

    Defendant.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made and each party to bear its or their own fees and costs.

By: /s/ *Roderick V. Hannah*
   Roderick V. Hannah, Esq.
   Florida Bar No. 435384
   rhannah@rhanahlaw.com
   RODERICK V. HANAH, ESQ., P.A.
   8751 West Broward Boulevard, Suite 303
   Plantation, FL  33324
   Telephone :  (954) 362-3800

AND

By : /s/ *Pelayo M. Duran*
   Pelayo M. Duran, Esq.
   Florida Bar No. 146595
   pduran@pelayoduran.com
   LAW OFFICE OF PELAYO DURAN, P.A.
   4640 NW 7th Street
   Miami, FL  33126
   Telephone:  (305) 266-9780

*Attorneys for Plaintiff*
*DANIEL MONCADA*

By: /s/ *Liana R. Hollingsworth*
   Liana R. Hollingsworth, Esq.
   Florida Bar No. 0076930
   jhollingsworth@vorys.com
   VORYS SATER SEYMOUR & PEASE
   200 Public Square, Suite 1400
   Cleveland, OH  44114
   Telephone :  (216) 479-6152

*Attorneys for Defendant*
*BOB EVANS RESTAURANTS, LLC*